JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br>Plaintiffs, <br><br>v. <br><br>NORTHWESTERN, INC., doing business as NORTHWESTERN SHOWCASE & FIXTURE CO., a California corporation; CARL WAYNE NOECKER, an individual; CAROLE MOSER, an individual; and DOES 1 through 10, inclusive, <br><br>Defendants. | CASE NO. 2:14-cv-09656-DSF-Ex <br><br>JUDGMENT |

The default of defendants, NORTHWESTERN, INC., doing business as NORTHWESTERN SHOWCASE & FIXTURE CO., a California corporation, ("CORPORATION") and CARL WAYNE NOECKER, an individual ("INDIVIDUAL"), having been entered, and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF

TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST AND FOURTH CLAIMS FOR RELIEF AGAINST NORTHWESTERN, INC., doing business as NORTHWESTERN SHOWCASE & FIXTURE CO., a California corporation:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $220,288.71 |
| 2. | Liquidated damages | 56,475.30 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing dates | 44.58 |
| 4. | Audit Fees | 123.70 |
| 5. | Interest from due dates to August 17, 2015 (accruing at $53.08 per day) | 33,764.98 |
| 6. | Attorneys' fees pursuant to L.R. 55-3 | 9,138.65 |
| **GRAND TOTAL** | | **$319,835.92** |

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 0.40% per annum.

\* The judgment amount sought in the First Claim for Relief against NORTHWESTERN, INC., doing business as NORTHWESTERN SHOWCASE & FIXTURE CO., a California corporation, includes delinquencies, interest and attorneys fees for the period May 2011, August 2011, September 2011 and August 2012 through August 2013 in the amount of $86,604.51, sought in the Third Claim for Relief against CARL WAYNE NOECKER, an individual. Additionally, the judgment amount sought also includes $233,231.41 in additional delinquencies for the period September 2013 through December 2014 that are not included in the Third Claim for Relief.

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST CARL WAYNE NOECKER, an individual:

| | | |
|---|---|---:|
| 1. | Balance on Personal Guarantee | $73,678.29 |
| 2. | Interest on the balance from January 1, 2014 to August 17, 2015 (accruing at $14.13 per day or 7% per annum) | 8,379.09 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 4,547.13 |
| | GRAND TOTAL | $86,604.51** |

4. Plus costs to be determined after entry of judgment.

5. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 0.40% per annum.

** The judgment amount ($86,604.51) sought in the Third Claim for Relief against CARL WAYNE NOECKER, an individual, is included in the judgment amount ($319,835.92) sought in the First Claim for Relief against NORTHWESTERN, INC., doing business as NORTHWESTERN SHOWCASE & FIXTURE CO., a California corporation.

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST NORTHWESTERN, INC., doing business as NORTHWESTERN SHOWCASE & FIXTURE CO., a California corporation and THIRD CLAIM FOR RELIEF AGAINST CARL WAYNE NOECKER, an individual:

In the event of any recovery from any source including NORTHWESTERN, INC., doing business as NORTHWESTERN SHOWCASE & FIXTURE CO., a California corporation and CARL WAYNE NOECKER, an individual, full or partial satisfactions will be filed as to both the First Claim for Relief and the Third Claim for Relief.

DATED: 8/21/15        _____
                                 DALE S. FISCHER
                                 UNITED STATES DISTRICT JUDGE